IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAMIAN HORTON; | |
|     Plaintiff | Civil Action No. 17-12609 |
| v. | SECTION "L" |
| | Judge Eldon E. Fallon |
| GLOBAL STAFFING SOLUTIONS LLC, and FORREST BETHAY III; | DIVISION (1) |
| | Mag. Judge Janis Van Meerveld |
|     Defendants. | |

**ORDER**

Considering the foregoing Joint Motion to Seal the Settlement Agreement filed by Plaintiff Damian Horton and Defendants Global Staffing Solutions, LLC and Forrrest Bethay III, the Court hereby finds that good cause exists to keep such records sealed, as it contains confidential financial information which would cause irreparable harm to Defendants if it were released to the public.

**IT IS HEREBY ORDERED** that the Motion to Seal is granted and that Plaintiff and is given leave to seal the settlement agreement accordingly.

**SO ORDERED** this __2nd__ day of _____January_____, 2019.

_____
UNITED STATES DISTRICT JUDGE